# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JUSTAN ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:18-CV-446-NT |
| | ) |
| PENOBSCOT COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 8, 2018, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 2). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Plaintiff's complaint be **DISMISSED.**

SO ORDERED.

/s/ Nancy Torresen  
United States Chief District Judge

Dated this 7th day of December, 2018.