# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JUSTAN ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:18-cv-446-NT ) |
| PENOBSCOT COUNTY JAIL, | ) ) |
| Defendant. | ) ) |

## ORDER AFFIRMING THE RECOMMENDED
## DECISIONS OF THE MAGISTRATE JUDGE

On May 6, 2019, the Plaintiff filed a motion to reopen the case (ECF No. 6). On May 28, 2019, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision on Plaintiff's motion to reopen the case. Recommended Decision (ECF No. 7). On May 28, 2019, the Plaintiff filed a second motion to reopen the case (ECF No. 8). On June 6, 2019, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision on Plaintiff's second motion to reopen the case. Recommended Decision (ECF No. 9). I have reviewed and considered the Recommended Decisions, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decisions of the Magistrate Judge are hereby **AFFIRMED** and the Plaintiff's motions to reopen the case are hereby **DENIED**.

I hereby place Justan Adams on Notice that filing restrictions "may be in the offing." *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. *Id.* Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

/s/ Nancy Torresen_____
United States District Judge

Dated this 11th day of July, 2019.